| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gates, James E. | 2. Court or Organization<br><br>N.C.--Eastern District | 3. Date of Report<br><br>05/14/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>Terry Sanford Federal Building and Courthouse<br>310 New Bern Avenue<br>Raleigh, NC 27601 |
|---|

| IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gates, James E. | 05/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | North Raleigh United Methodist Church--salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gates, James E. | 05/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gates, James E. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Account #1 (H) | | | | | | | | | |
| 2. --UBS Bank Account | A | Interest | L | T | | | | | |
| 3. --Fundamental Investors (American Funds) | D | Dividend | M | T | | | | | |
| 4. --Growth Fund of America (American Funds) | D | Dividend | M | T | | | | | |
| 5. --Investment Co. of America (American Funds) | D | Dividend | M | T | | | | | |
| 6. --New Ecomomy Fund (American Funds) | C | Dividend | M | T | | | | | |
| 7. --New Perspective Fund (American Funds) | C | Dividend | L | T | | | | | |
| 8. --Small Cap World Fund (American Funds) | A | Dividend | K | T | | | | | |
| 9. --Washington Mutual Investors Fund (American Funds) | D | Dividend | M | T | | | | | |
| 10. --I Shares S&P Small Cap 600 Value Index Fund | A | Dividend | L | T | | | | | |
| 11. --I Shares S&P Small Cap 600 Growth Index Fund | A | Dividend | L | T | | | | | |
| 12. --I Shares S&P Mid Cap 400 Value Index Fund | A | Dividend | K | T | | | | | |
| 13. --I Shares S&P Mid Cap 400 Growth Index Fund | A | Dividend | L | T | | | | | |
| 14. --U.S. Treasury (I bonds, notes) | A | Interest | J | T | | | | | |
| 15. --Oppenheimer International Bond Fund | A | Dividend | J | T | | | | | |
| 16. --Franklin Templeton Global Bond Fund | A | Dividend | K | T | | | | | |
| 17. --Delaware Limited Term Bond Fund | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gates, James E. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Victory Incore (formerly RS) Low Duration Bond Fund | B | Dividend | M | T | | | | | |
| 19. --Euro Pacific Growth Fund (American Funds) | A | Dividend | K | T | | | | | |
| 20. Brokerage Account (H) | | | | | | | | | |
| 21. --Vanguard 500 Index Fund | B | Dividend | L | T | Buy (add'l) | 03/11/16 | J | | |
| 22. --Vanguard Small Cap Index Fund | A | Dividend | K | T | Buy (add'l) | 03/11/16 | J | | |
| 23. --Vanguard Mid Cap Index Fund | A | Dividend | K | T | Buy (add'l) | 03/11/16 | J | | |
| 24. --Vanguard Prime Money Market Fund | A | Dividend | M | T | Buy | 01/08/16 | M | | |
| 25. | | | | | Sold (part) | 01/19/16 | L | A | |
| 26. | | | | | Buy (add'l) | 03/11/16 | K | | |
| 27. --Vanguard Health Care Fund | A | Dividend | | | Buy | 01/08/16 | K | | |
| 28. | | | | | Sold | 10/25/16 | K | | |
| 29. --Vanguard Tax Mangaged Balanced Admiral Fund | B | Dividend | L | T | Buy | 01/08/16 | K | | |
| 30. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 31. | | | | | Buy (add'l) | 10/25/16 | K | | |
| 32. TRUST (H) | | | | | | | | | |
| 33. --WELLS FARGO ADVISORS CASH AND SWEEP ACCOUNT | A | Distribution | | | Distributed (part) | 01/07/16 | P1 | A | |
| 34. | | | | | Distributed (part) | 03/11/16 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gates, James E. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Distributed (part) | 11/16/16 | L | A | |
| 36. IRA ACCOUNT IN TRUST (H) | | | | | | | | | |
| 37. --WELLS FARGO ADVISORS CASH AND SWEEP ACCOUNT | A | Interest | | | Closed | 02/17/16 | J | | |
| 38. --DEUTSCHE SECS TR GLOBAL REAL ESTATE SECS FD INSTL CLASS | A | Dividend | | | Distributed | 02/17/16 | J | | |
| 39. --EATON VANCE SER II INCOME FUND BOSTON CL 1 | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 40. --ADVISORS INNER CIRCLE EDGEWOOD GROWTH FUND INSTL CLASS | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 41. --RS INVT TR SMALL CAP GROWTH FD CL Y | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 42. --GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 43. --HARBOR FD INTL FD INSTL CL | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 44. --HOTCHKIS & WILEY FDS DIVERSIFIED VALUE FUN I | A | Dividend | | | Distributed | 02/17/16 | J | | |
| 45. --AMERICAN FUNDS WASHINGTON MUTUAL FD F2 | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 46. --JANUS INVT FD FLEXIBLE BD FD CLASS I | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 47. --LAZARD FDS INC EMERGING MKTS PORT INSTL SHS | A | Dividend | | | Distributed | 02/17/16 | J | | |
| 48. --MFS SER TRI VALUE FD CL I | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 49. --MASS INV TRUST CLASS A | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 50. --AMERICAN EUROPACIFIC GROWTH FU CL F2 | A | Dividend | | | Distributed | 02/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51.  --OPPENHEIMER INTL GRWTH CL Y SHS | A | Dividend | | | Distributed | 02/17/16 | J | | |
| 52.  --VIRTUS EMERGING MARKETS OPPORTUNITIESS FND CL I | A | Dividend | | | Distributed | 02/17/16 | J | | |
| 53.  --PIMCO FDS PAC INVT MGMT SER-COMMODITY REAL RETURN STRAT FD INSTL CL | A | Dividend | | | Distributed | 02/17/16 | J | | |
| 54.  --RAINIER FDS MID CAP EQUITY FD INSTL CL | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 55.  --RIDGEWORTH FDS MID-CAP VALUE EQUITY FD CLASS I | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 56.  --T ROWE PRICE REAL EST FUND INC | A | Dividend | | | Distributed | 02/17/16 | J | | |
| 57.  --TOUCHSTONE INSTL FDS TR SANDS CAP INSTL GROWTH FD | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 58.  --VICTORY SYCAMORE SMALL CO OPPTY FD CL I | A | Distribution | | | Distributed | 02/17/16 | J | | |
| 59.  MFS/SUN REGATTA PLATINUM VARIABLE ANNUITY IN IRA ACCT (H) | | | | | | | | | |
| 60.  --MFS EMERGING MARKETS EQUITY PO | | None | | | Redeemed | 02/01/16 | K | | |
| 61.  --MFS TOTAL RETURN SERIES INITIA | | None | | | Redeemed | 02/01/16 | L | | |
| 62.  --MFS INTERNATIONAL GROWTH PORTF | | None | | | Redeemed | 02/01/16 | L | | |
| 63.  --MFS CORPORATE BOND PORTFOLIO I | | None | | | Redeemed | 02/01/16 | K | | |
| 64.  --MFS INTERNATIONAL VALUE PORTFO | | None | | | Redeemed | 02/01/16 | K | | |
| 65.  --MFS RESEARCH INTERNATIONAL POR | | None | | | Redeemed | 02/01/16 | K | | |
| 66.  --MFS VIT UTILITIES SERIES INITI | | None | | | Redeemed | 02/01/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gates, James E. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. --MFS VIT VALUE SERIES INTIAL C | | None | | | Redeemed | 02/01/16 | L | | |
| 68. IRA ACCOUNT #2 (H)(X) | | | | | | | | | |
| 69. --DEUTSCHE SECS TR GLOBAL REAL ESTATE SECS FD INSTL CLASS | A | Dividend | | | Sold | 05/04/16 | J | | |
| 70. --EATON VANCE SER II INCOME FUND BOSTON CL 1 | A | Distribution | | | Sold | 05/04/16 | J | | |
| 71. --ADVISORS INNER CIRCLE EDGEWOOD GROWTH FUND INSTL CLASS | A | Distribution | | | Sold | 05/04/16 | J | | |
| 72. --RS INVT TR SMALL CAP GROWTH FD CL Y | A | Distribution | | | Sold | 05/04/16 | J | | |
| 73. --GOLDMAN SACHS TR FINL SQUARE TREAS INSTRS FD INSTL CL | A | Distribution | | | Sold | 05/04/16 | J | | |
| 74. --HARBOR FD INTL FD INSTL CL | A | Distribution | | | Sold | 05/02/16 | J | | |
| 75. --HOTCHKIS & WILEY FDS DIVERSIFIED VALUE FUN I | A | Dividend | | | Sold | 05/02/16 | J | | |
| 76. --AMERICAN FUNDS WASHINGTON MUTUAL FD F2 | A | Distribution | | | Sold | 05/04/16 | J | | |
| 77. --JANUS INVT FD FLEXIBLE BD FD CLASS I | A | Distribution | | | Sold | 05/02/16 | J | | |
| 78. --LAZARD FDS INC EMERGING MKTS PORT INSTL SHS | A | Dividend | | | Sold | 05/02/16 | J | | |
| 79. --MFS SER TRI VALUE FD CL 1 | A | Distribution | | | Sold | 05/04/16 | J | | |
| 80. --MASS INV TRUST CLASS A | A | Distribution | | | Sold | 05/04/16 | J | | |
| 81. --AMERICAN EUROPACIFIC GROWTH FU CL F2 | A | Dividend | | | Sold | 05/04/16 | J | | |
| 82. --OPPENHEIMER INTL GRWTH FD CL Y SHS | A | Dividend | | | Sold | 05/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gates, James E. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. --VIRTUS EMERGING MARKETS OPPORTUNITIESS FND CL I | A | Dividend | | | Sold | 05/04/16 | J | | |
| 84. --PIMCO FDS PAC INVT MGMT SER-COMMODITY REAL RETURN STRAT FD INSTL CL | A | Dividend | | | Sold | 05/02/16 | J | | |
| 85. --RAINIER FDS MID CAP EQUITY FD INSTL CL | A | Distribution | | | Sold | 05/02/16 | J | | |
| 86. --RIDGEWORTH FDS MID-CAP VALUE EQUITY FD CLASS I | A | Distribution | | | Sold | 05/02/16 | J | | |
| 87. --T ROWE PRICE REAL EST FUND INC | A | Dividend | | | Sold | 05/02/16 | J | | |
| 88. --TOUCHSTONE INSTL FDS TR SANDS CAP INSTL GROWTH FD | A | Distribution | | | Sold | 05/02/16 | J | | |
| 89. --VICTORY SYCAMORE SMALL CO OPPTY FD CL I | A | Distribution | | | Sold | 05/02/16 | J | | |
| 90. --VANGUARD SMALL CAP INDEX ADMIRAL | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 91. --VANGUARD MIDCAP VALUE INDEX ADMIRAL | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 92. --VANGUARD 500 INDEX ADMIRAL | A | Dividend | K | T | Buy | 05/02/16 | K | | |
| 93. --VANGUARD SHORT TERM INVESTMENT GRADE | A | Dividend | K | T | Buy | 05/03/16 | K | | |
| 94. --VANGUARD PRIME MONEY MARKET | A | Dividend | K | T | Buy | 05/09/16 | K | | |
| 95. PUTNAM HARTFORD CAPITAL MANAGER VARIABLE ANNUITY(H) (X) | | | | | | | | | |
| 96. --PUTNAM VT GBL ASSET ALLOC | | None | | | Redeemed | 02/05/16 | J | | |
| 97. --PUTNAM VT GRWTH & INCM | | None | | | Redeemed | 02/05/16 | J | | |
| 98. --PUTNAM VT HIYIELD | | None | | | Redeemed | 02/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gates, James E. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. --PUTNAM VT INTL GRWTH | | None | | | Redeemed | 02/05/16 | J | | |
| 100. --PUTNAM VT MNY MKT | | None | | | Redeemed | 02/05/16 | J | | |
| 101. --PUTNAM VT MULTI CAP GRO | | None | | | Redeemed | 02/05/16 | J | | |
| 102. --PUTNAM VT VOYAGER | | None | | | Redeemed | 02/05/16 | J | | |
| 103. --PUTNAM VT GLB UTIL | | None | | | Redeemed | 02/05/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gates, James E. | 05/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III.B., line 1. Spouse's income paid Jan. through May and Sept. through Dec. in reporting period.

Part VII, lines 36 to 67 and 68 to 94. �enspace 25% interest in the assets in the IRA account listed in lines 36 to 67 were transfered into IRA account #2, which is the subject of lines 68 to 94, and then disposed of as indicated.

Part VII, Lines 95 to 103. On 2/05/16, the annuity subject to these lines was redeemed and entered the estate of the deceased annuitant (died 12/05/15), in which ▢ had a 25% interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Gates**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544